IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CRIMINAL NO. 17-30129-MJR |
| ) | |
| QUINCY BATTICE, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF FACTS

Comes now Donald S. Boyce, United States Attorney for the Southern District of Illinois through Ranley R. Killian, Assistant U.S. Attorney for this District and herewith enter into the following Stipulation of Facts with the Defendant, Quincy Battice, represented by his attorney, Peter M. Cohen, pertaining to the conduct of the Defendant charged in the Indictment in this case and the relevant conduct of the defendant within the scope of U.S.S.G. § 1B1.3.

1    In June of 2017, in Madison County, within the Southern District of Illinois and elsewhere, the defendant, Quincy Battice along with Linvol R. Cummings agreed to defraud others by falsely making and passing, and attempting to pass, counterfeit Federal Reserve Notes of the United States.

2.    That in furtherance of their agreement and conspiracy, defendant Quincy Battice and Linvol R. Cummings committed the following acts, among others, in the Southern District of Illinois:

   a.    On June 23, 2017, defendant Quincy Battice attempted to pass three (3) counterfeit United States $20 Federal Reserve Notes at the Walgreens Store located in Collinsville, Illinois within the Southern District of Illinois.

1

b. On June 23, 2017, Linvol R. Cummings passed three (3) counterfeit United States $20 Federal Reserve Notes at the CVS Store located in Collinsville, Illinois, within the Southern District of Illinois.

c. On June 23, 2017, defendant Quincy Battice along with Linvol R. Cummings passed five (5) counterfeit United States $20 Federal Reserve Notes at the Walgreens Store located in Maryville, Illinois, within the Southern District of Illinois.

d. On June 23, 2017, defendant Quincy Battice along with Linvol R. Cummings passed five (5) counterfeit United States $20 Federal Reserve Notes at the Walgreens Store located in Troy, Illinois, within the Southern District of Illinois.

e. On or about June 23, 2017, defendant Quincy Battice along with Linvol R. Cummings passed four (4) counterfeit United States $20 Federal Reserve Notes and one (1) counterfeit United States $10 Federal Reserve Note at the Walgreens Store located in Glen Carbon, Illinois, within the Southern District of Illinois.

3. On June 29th, 2017, in St. Clair County, in the Southern District of Illinois, the defendant Quincy Battice willfully and knowingly made a materially false statement and representation in a matter within the jurisdiction of the Executive Branch of the United States Government, by giving to a United States Secret Service Agent, in the performance of his official duties, false identification, which was subsequently used to charge the defendant under the name of another individual.

All in violation of Title 18, United States Code, Section 371 and 1001(a)(2).

SO STIPULATED:

UNITED STATES OF AMERICA,

DONALD S. BOYCE
United States Attorney

_____
QUINCY BATTICE
Defendant

_____
PETER M. COHEN
Attorney for Defendant

Date: 11-16-17

_____
RANLEY R. KILLIAN
Assistant United States Attorney

Date: 11-16-2017

3